UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　DATE: 07/15/2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME: 10:30 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

### CIVIL CAUSE FOR INITIAL CONFERENCE (Zoom)
### CASE: 2:22-cv-02376-JS-JMW-Morales v. Technic Management, Inc. et al.

APPEARANCES:

　　For Plaintiff:　　　Penn Anderson Dodson

　　For Defendant:　　Aylan Chadwick Briedis

Court Reporter/FTR: 10:29-10:39

**THE FOLLOWING RULINGS WERE MADE:**

☒　　Initial Conference held.

☒　　Court discussed scheduling and implemented a scheduling order (DE 22).

☒　　Joint Status Report due 9/29/2022.

☐　　Should the parties wish to pursue mediation, counsel may submit a written request for a mediation referral.

☒　　Status conference has been scheduled for 10/17/2022 at 9:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　/s/James M. Wicks
　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge