

October 28, 2022

Hon. James M. Wick
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722
VIA ECF ONLY

    Re:    *Morales v Technic Management* 2:22-cv-2376
            Joint Status Report: Mediation

Your Honor:

We represent the Plaintiff in the above-referenced action. Jointly with counsel for Defendants we submit this status report in compliance with your July 15, 202 Scheduling Order [Dkt 22].

As previously mentioned in Defendants' October 18, 2022 status letter, counsel are seeking to mediate this matter with EDNY mediator James A. Brown [Dkt 26].

We have determined that mediation will be held on December 13th, 2022 at 10:00 a.m. If the parties reach a settlement sooner, we will immediately update the court.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*